UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

TORAN PETERSON,

                      Plaintiff,                      Case No. 1:09-cv-233

v.

                                        Honorable Paul L. Maloney

UNKNOWN FOCO et al.,

                      Defendants.

_____/

## **JUDGMENT**

In accordance with the Memorandum Opinion issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without

prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.

Dated:   September 21, 2009      /s/ Paul L. Maloney
                                        Paul L. Maloney
                                      Chief United States District Judge