UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORAN PETERSON,
    Plaintiff,

No. 1:09-cv-233

-v-

HONORABLE PAUL L. MALONEY

BRIAN FOCO, ET AL,
    Defendant.

## JUDGMENT

Having granted Defendant Foco's motion for summary judgment, having dismissed, without prejudice, Plaintiff's pending state claims, and having dismissed, without prejudice, Plaintiff's claims against Defendant Daugherty, there are no pending claims in this action. Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Foco and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 6, 2010            /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                   Chief United States District Judge